IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ADAH ELBE                                                                                    PLAINTIFF

        v.                        Civil No. 09-6011

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                          DEFENDANT

## ORDER

Now on this 26th day of July 2010, the Court has before it for consideration Plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. No objections were filed to the Report and Recommendation (doc. 16) filed by United States Magistrate Judge James R. Marschewski on July 1, 2010.

The Court has reviewed this case and finds that the Report and Recommendation (Doc. 16) should be adopted *in toto* and hereby awards Plaintiff's attorney fees in the amount of $2,575.20 representing 14.80 hours of work at a rate of $174.00 per hour. Further, this award should be paid directly to Plaintiff's counsel. *Ratliff v. Astrue*, 540 F.3d 800, 802 (8th Cir. 2008).

This amount shall be paid in addition to, and not out of, any past-due benefits Plaintiff may be awarded in the future.

IT IS SO ORDERED.

                                  /s/ Robert T. Dawson
                                  HONORABLE ROBERT T. DAWSON
                                  UNITED STATES DISTRICT JUDGE